UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TONY RIDLEY | ) | |
| | ) | |
| v. | ) | Nos. 3:16-01436 & 3:16-01547 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

## ORDER

Pending before the Court are Motions To Vacate pursuant to 28 U.S.C. § 2255, filed by the Petitioner in the above-referenced cases. The Motion To Vacate in Case No. 3:16-01436 was filed by counsel for the Petitioner on June 17, 2016. The Motion To Vacate in Case No. 3:16-01547, recently transferred to the undersigned Judge, was filed by the Petitioner, *pro se*, on June 24, 2016.

On or before July 20, 2016, the parties shall file a notice stating whether they object to an order directing the Clerk to administratively close Case No. 3:16-1547, and to enter all filings from that case to the docket in Case No. 3:16-01436.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE